UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL PIERSON, *et al.*,

    Plaintiffs,           Case No. 12-10176
v.                                  Hon. John Corbett O'Meara

DHL HOLDINGS USA, INC., *et al.*,

    Defendants.
_____/

RANDALL PIERSON, *et al.*,

    Plaintiffs,           Case No. 12-14393
v.                                  Hon. John Corbett O'Meara

DR. JEFFREY LAWLEY and
SAMANTHA MINEHART,
jointly and severally,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTIONS TO CONTINUE STAY

    Before the court are Plaintiffs' motion to continue the stay in these cases. The parties stipulated to a stay pending the Sixth Circuit's issuance of a decision in Jackson v. Sedgwick Claims Mgmt. Servs., 731 F.3d 556 (6th Cir. 2013). The Sixth Circuit issued an *en banc* opinion in Jackson on September 24, 2013. The plaintiffs in Jackson have filed a petition for certiorari, which is pending. Plaintiffs

seek to continue the stay in these cases until the Supreme Court makes a decision on the petition or issues an opinion on the merits.

Given that Jackson likely controls here, the court finds that justice and judicial economy are best served by continuing the stay until the Supreme Court rules.

IT IS HEREBY ORDERED that Plaintiffs' motions are GRANTED and the above cases are STAYED until the U.S. Supreme Court denies certiorari in Jackson or, if certiorari is granted, until the Court issues a decision on the merits.

s/John Corbett O'Meara
United States District Judge

Date:  March 4, 2014


I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 4, 2014, using the ECF system.

s/William Barkholz
Case Manager