UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RANDALL PIERSON,**
**NANCY LANDSKROENER,**
**LONZIE RAYMOND, DEBORAH**
**POLOSKEY, ALLAN MURRAY,**
**BRIAN EASON, MARTIN ZANE, JOSE**
**RODRIGUEZ, KENNETH COOPER**
and **SANDRA GOREN,**

    Plaintiffs,

v.

**DHL HOLDINGS USA, INC., DHL EXPRESS**
**USA, INC, NATIONAL UNION FIRE INSURANCE COMPANY**
**SPECIALTY RISK SERVICES LLC, SEDGWICK CLAIMS**
**MANAGEMENT SERVICES, INC., NEW HAMPSHIRE**
**INSURANCE CO, HARTFORD INSURANCE COMPANY**
**OF THE MIDWEST, CAMBRIDGE INTEGRATED**
**SERVICES GROUP, INC., INSURANCE COMPANY OF THE STATE**
**OF PENNSYLVANIA, foreign corporations, DR. PAUL DROUILLARD**
**DR. PHILLIP MAYER, DR. JEFFREY LAWLEY, SAMANTHA**
**MINEHART, LAURIE DEXTER, JUDITH MARSHALL,** and **BELINDA**
**BELASCO, jointly and severally,**

    Defendants.
_____/

Case No. 12-cv-10176

Hon. John Corbett O'Meara

_____/

| | |
|---|---|
| **MARSHALL D. LASSER (P25573)**<br>MARSHALL LASSER, P.C.<br>**Attorney for Plaintiffs**<br>Post Office Box 2579<br>Southfield, Michigan 48073<br>(248) 647-7722 | **SAURA J. SAHU (P69627)**<br>MILLER CANFIELD PADDOCK & STONE PLC<br>**Attorneys for Defendants DHL**<br>840 West Long Lake Road<br>Troy, Michigan 48098<br>(248) 496-7646 |
| **JEFFREY T. STEWART (P24138)**<br>SEIKALY & STEWART, P.C.<br>**Attorney for Plaintiffs**<br>30300 Northwestern Hwy., Ste. 200<br>Farmington Hills, Michigan 48334<br>(248) 785-0102 | **MARYELLEN MCLEOD (P33338)**<br>MCLEOD & ASSOCIATES<br>**Attorney for Defendant National Union**<br>**Fire Ins. Co., New Hampshire Ins. Co.**, and<br>**Insurance Co. of the State of Pennsylvania**<br>Two Towne Square, Suite 550<br>Southfield, Michigan 48076<br>(248) 386-8800 |
| **KATHLEEN H. KLAUS (P67207)**<br>MADDIN, HAUSER, WARTELL, ROTH & HELLER<br>**Attorney for Defendants Specialty Risk**<br>**Services, Sedgwick Claims Management**<br>**Services, Marshall, and Belasco**<br>28400 Northwestern Hwy., Ste. 300<br>Southfield, Michigan 48034<br>(248) 359-7520 | **DANIEL B. TUKEL (P34978)**<br>BUTZEL LONG, P.C.<br>**Attorney for Defendants**<br>**Dr. Paul Drouillard and Dr. Jeffrey Lawley**<br>Stoneridge West<br>41000 Woodward Avenue<br>Bloomfield Hills, Michigan 48304<br>(248) 258-1616 |
| **JEFFREY C. GERISH (P51338)**<br>PLUNKETT COONEY<br>**Attorney for Defendant Hartford Ins. Co.**<br>**of the Midwest**<br>38505 Woodward Ave., Ste. 200<br>Bloomfield Hills, Michigan 48304<br>(248) 901-4000 | **DANIEL J. BRETZ (P34334)**<br>**TRACY A. LEAHY (P39478)**<br>CLARK HILL, PLC<br>**Attorneys for Defendant Dr. Phillip Mayer**<br>500 Woodward Ave., Ste. 3500<br>Detroit, Michigan 48226<br>(313) 965-8300 |

_____/

## CORRECTED ORDER OF REINSTATEMENT AND
## DISMISSAL WITH PREJUDICE

In accordance with the stipulation of the parties and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the Stay issued in this matter is lifted, for purposes of entry of this Order;

**IT IS FURTHER ORDERED** that this matter is dismissed in its entirety as to all parties, with prejudice and without the payment of costs or attorney fees by any of the parties.

Date: June 2, 2014                           s/John Corbett O'Meara
                                             United States District Judge


**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

s/ with the consent of
Marshall D. Lasser
Post Office Box 2579
Southfield, Michitgan  48073
(248) 647-7722
(586) 944-8735
mlasserlaw@aol.com
(P25573)

s/ with the consent of
Daniel B. Tukel
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
(248) 258-1616
tukel@butzel.com
(P34978)

s/ with the consent of
MaryEllen McLeod
Two Towne Square, Suite 550
Southfield, Michigan 48076
(248) 386-8800
maryellen.mcleod@aig.com
(P33338)

s/ with the consent of
Saura J. Sahu
840 West Long Lake Road
Troy, Michigan 48098
(248) (248) 496-7646
sahu@millercanfield.com
(P69627)

s/ with the consent of
Kathleen H. Klaus
28400 Northwestern Hwy., Ste 300
Southfield, Michigan 48034
(248) 359-7520
kklaus@maddinhauser.com
(P67207)

s/ with the consent of
Jeffrey C. Gerish
38505 Woodward Ave., Ste. 200
Bloomfield Hills, Michigan 48304
(248) 901-4000
jgerish@plunkettcooney.com
(P51338)

s/ with the consent of
Daniel J. Bretz
500 Woodward Ave., Ste. 3500
Detroit, Michigan 48226
(313) 965-8300
dbretz@clarkhill.com
(P34334)